B 10 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## DETROIT DIVISION

**Name of debtor:** Robert Davis  
Linda Davis

**Case Number:** 09-57384-PS

**Chapter 13**  
**Judge:** Phillip J. Shefferly

**Trustee:** Krispen S. Carroll

## Notice of Post-Petition Mortgage Fee, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any post-petition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002-1.

**Name of creditor:** Household Finance Corporation III  
**Court claim no.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account: xxxxxxxxxx3834

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**

☒ No  
☐ Yes. Date of the last notice: _____.

### Part 1: Itemize Post-Petition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. County Tax (2009) | MACOMB COUNTY 2009 | 1 @ $1,162.64 incurred on 09/21/2012 | (1) | $1,162.64 |
| 1. County Tax (2010) | MACOMB COUNTY 2010 | 1 @ $1,990.84 incurred on 09/21/2012 | (1) | $1,990.84 |
| 2. Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | | (2) | $3,153.48 |

**The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.**

B 10 (Supplement 2) (12/11)

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  LaKisha D. Stark
Title:  Authorized Agent for Household Finance Corporation III
Company:  National Bankruptcy Services, LLC

/s/ LaKisha D. Stark
Signature

Address and telephone number (if different from notice address above):  03/12/2013
Date

    P. O. Box 829009
    Dallas, Texas 75382-9009

Telephone:  (972) 643-6600     Email:     BkcyAttorneys@NBSDefaultServices.com

# CERTIFICATE OF SERVICE OF NOTICE OF POST-PETITION MORTGAGE, FEES, EXPENSES AND CHARGES

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before March 12, 2013

**Debtor** *Via U.S. Mail*
Robert Davis
29090 Coolidge
Roseville, Michigan 48066

Linda Davis
29090 Coolidge
Roseville Michigan 48066

**Debtors' Attorney**
Jesse R. Sweeney
Attorney At Law
30555 Southfield
Suite 400
Southfield, MI 48076

**Chapter 13 Trustee**
Krispen S. Carroll
719 Griswold, 1100 Dime Building
Detroit, Michigan 48226

**US Trustee**
Office of the US Trustee
211 West Fort, Ste 700
Detroit, Michigan 48226

Respectfully Submitted,

/s/ LaKisha D. Stark