# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## DETROIT DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Robert Davis<br>Linda Davis | **Case Number:** | 09-57384-PS |
| | | **Chapter 13** | |
| **Trustee:** | Krispen S. Carroll | **Judge:** | Phillip J. Shefferly |

## Notice of Post-Petition Mortgage Fee, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any post-petition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002-1.

**Name of creditor:** Household Finance Corporation III     **Court claim no.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account: xxxxxx2071

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 03/12/2013.

### Part 1: Itemize Post-Petition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | County Tax (2008) | 1 @ $906.36 incurred on 09/04/2013 | (1) | $906.36 |
| 1. | County Tax (2011) | 1 @ $1,068.26 incurred on 09/04/2013 | (1) | $1,068.26 |
| 1. | County Tax (2012) | 1 @ $1,522.69 incurred on 09/04/2013 | (1) | $1,522.69 |
| 2. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (2) | $3,497.31 |

**The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.**

B 10 (Supplement 2) (12/11)

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Jennifer A. Pfieffer**
Title: Authorized Agent for Household Finance Corporation III
Company: Buckley Madole, P.C.         /s/ **Jennifer A. Pfieffer**
                                       Signature

Address and telephone number (if different from notice address above): 09/28/2013
                                                                       Date

    P. O. Box 829009
    Dallas, Texas 75382-9009

Telephone: (972) 643-6600     Email:     NFCInquiries@BuckleyMadole.com

# CERTIFICATE OF SERVICE OF NOTICE OF POST-PETITION MORTGAGE, FEES, EXPENSES AND CHARGES

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before September 29 2013

**Debtor** *Via U.S. Mail*
Robert Davis
29090 Coolidge
Roseville, Michigan 48066

Linda Davis
29090 Coolidge
Roseville Michigan 48066

**Debtors' Attorney**
Jesse R. Sweeney
Attorney At Law
30555 Southfield
Suite 400
Southfield, MI 48076

**Chapter 13 Trustee**
Krispen S. Carroll
719 Griswold
1100 Dime Building
Detroit, Michigan 48226

Respectfully Submitted,

/s/ **Jennifer A. Pfieffer**

# LIMITED POWER OF ATTORNEY

The companies listed on the attached Schedule I, (each the "Company"), hereby authorize Buckley Madole, P.C., formerly known as Brice, Vander Linden & Wernick, P.C., to be the Company's attorney-in-fact to execute and file proofs of claim and supplements to proofs of claim on the Company's behalf.

This Limited Power of Attorney shall be governed by and construed in accordance with the laws of the State of Illinois and expires on December 31, 2013, unless previously revoked by the Company.

Any photocopy or other reproduction of this Limited Power of Attorney may be used, accepted and relied upon in lieu of the original hereof for the purpose of recording, filing or otherwise utilizing the same.

IN WITNESS WHEREOF, the Company has caused this Limited Power of Attorney to be executed by its duly authorized representative this __29__ day of __March__, 20__13__.

On Behalf of the Companies listed on Schedule I hereto

By: _Marilyn Alfaro_ (signature)
Name: Marilyn Alfaro
Title: Vice President
Administrative Services Division

STATE OF __Illinois__ )
                      ) ss:
COUNTY OF __DuPage__ )

On the __29__ day of __March__ in the year 20__13__ before me, the undersigned, a Notary Public in and for said State, personally appeared __Marilyn Alfaro__, personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

OFFICIAL SEAL
THOMAS D THOMAS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/10/13

_Thomas D. Thomas_ (signature)
Notary Public
Thomas D. Thomas
6/10/13

RESTRICTED - Limited Power of Attorney CML –Buckley Madole, P.C., Existing RE Entities (other than BFI Inc)
Rev 12-21-12)                                  1 of 4

09-57384-pjs    Doc 84    Filed 09/29/13    Entered 09/29/13 14:15:55    Page 4 of 7

## Schedule I

Beneficial Connecticut Inc., a Connecticut corporation

Beneficial Connecticut Inc., a Connecticut corporation, doing business as Beneficial Credit Services

Beneficial Connecticut Inc., a Delaware corporation

Beneficial Consumer Discount Company, a Pennsylvania corporation

Beneficial Consumer Discount Company, a Pennsylvania corporation, doing business as Beneficial Mortgage Co. of Pennsylvania

Beneficial Credit Services Inc., a Delaware corporation

Beneficial Florida Inc., a Delaware corporation

Beneficial Florida Inc., a Delaware corporation, successor by merger to Beneficial Mortgage Co. of Florida

Beneficial Homeowner Service Corporation, a Delaware corporation

Beneficial Kentucky Inc., a Delaware corporation

Beneficial Kentucky Inc., a Delaware corporation, doing business as Beneficial Mortgage Co. of Kentucky

Beneficial Loan & Thrift Co., a Minnesota corporation

Beneficial Loan & Thrift Co., a Minnesota corporation, doing business as Beneficial Mortgage Co.

Beneficial Louisiana Inc., a Delaware corporation

Beneficial Louisiana Inc., a Delaware corporation, successor by merger to Beneficial Mortgage Co. of Louisiana

Beneficial Maine Inc., a Delaware corporation

Beneficial Massachusetts Inc., a Delaware corporation

Beneficial Michigan Inc., a Delaware corporation

Beneficial Mortgage Corporation, a Delaware corporation

Beneficial Mortgage Corporation, a Delaware corporation, successor by merger to Beneficial Mortgage Co. of California

Beneficial New Hampshire Inc., a Delaware corporation

Beneficial New Hampshire Inc., a Delaware corporation, successor by merger to Beneficial Mortgage Co. of New Hampshire

Beneficial Oregon Inc., a Delaware corporation

Beneficial Oregon Inc., a Delaware corporation, doing business as Beneficial Mortgage Co. of Oregon

Beneficial Oregon Inc., a Delaware corporation, doing business as Beneficial Mortgage Co.

Beneficial Rhode Island Inc., a Delaware corporation

Beneficial Rhode Island Inc., a Delaware corporation, successor by merger to Beneficial Mortgage Co. of Rhode Island

Beneficial South Dakota Inc., a Delaware corporation

Beneficial Tennessee Inc., a Tennessee corporation

Beneficial Tennessee Inc., a Tennessee corporation, doing business as Beneficial Credit Services of Tennessee

Beneficial West Virginia Inc., a West Virginia corporation

Beneficial West Virginia Inc., a West Virginia corporation, doing business as Beneficial Credit Services of West Virginia

Beneficial Wyoming Inc., a Wyoming corporation

Beneficial Wyoming Inc., a Wyoming corporation, doing business as Beneficial Mortgage Co. of Wyoming

Capital Financial Services Inc., a Nevada corporation

Capital Financial Services Inc., a Nevada corporation doing business as CFSI, Inc.

RESTRICTED - Limited Power of Attorney CML –Buckley Madole, P.C., Existing RE Entities (other than BFI Inc)
Rev 12-21-12) 2 of 4

09-57384-pjs    Doc 84    Filed 09/29/13    Entered 09/29/13 14:15:55    Page 5 of 7

Capital Financial Services Inc., a Nevada corporation doing business as CFSI

Capital Financial Services Inc., a Nevada corporation doing business as Capital Financial Services No. 1, Inc.

Capital Financial Services Inc., a Nevada corporation doing business as Capital Financial Services I, Inc.

Capital Financial Services Inc., a Nevada corporation doing business as HB Financial Services, Inc.

Capital Financial Services Inc., a Nevada corporation doing business as HB Financial Services

Capital Financial Services Inc., a Nevada corporation doing business as Capital Financial Services of Michigan, Inc.

Capital Financial Services Inc., a Nevada corporation doing business as Capital Financial Services of Nevada

Capital Financial Services Inc., a Nevada corporation doing business as Capital Financial Services Inc., a Corporation of Nevada

Decision One Mortgage Company, LLC, a North Carolina limited liability company

Household Finance Consumer Discount Company, a Pennsylvania Corporation

Household Finance Corporation II, a Delaware corporation

Household Finance Corporation II, a Delaware corporation doing business as Household Mortgage Company

Household Finance Corporation II, a Delaware corporation doing business as Household Finance Mortgage Company

Household Finance Corporation III, a Delaware corporation

Household Finance Corporation III, a Delaware corporation, doing business as HSBC Mortgage

Household Finance Corporation III, a Delaware corporation, doing business as HFC Mortgage of Nebraska

Household Finance Corporation of Alabama, an Alabama corporation

Household Finance Corporation of California, a Delaware corporation

Household Finance Corporation of Nevada, a Delaware corporation

Household Finance Corporation of West Virginia, a West Virginia corporation

Household Finance Industrial Loan Company of Iowa, an Iowa corporation

Household Finance Industrial Loan Company, a Washington corporation

Household Finance Realty Corporation of Nevada, a Delaware corporation

Household Finance Realty Corporation of New York, a Delaware corporation

Household Financial Center Inc., a Tennessee corporation

Household Industrial Finance Company, a Minnesota corporation

Household Industrial Loan Company of Kentucky

Household Realty Corporation, a Delaware corporation

Household Realty Corporation, a Delaware corporation, doing business as Household Realty Corporation of Virginia

HSBC Credit Center, Inc., a Delaware corporation, formerly known as Beneficial Mortgage Services, Inc.

HSBC Mortgage Services Inc., a Delaware corporation, formerly known as Household Financial Services, Inc.

HSBC Mortgage Services Inc., a Delaware corporation, formerly known as Household Financial Services, Inc., doing business as Household Mortgage Services

Mortgage One Corporation, a Delaware corporation

Mortgage One Corporation, a Delaware corporation, doing business as Household Corporation of Arizona

RESTRICTED - Limited Power of Attorney CML –Buckley Madole, P.C., Existing RE Entities (other than BFI Inc)
Rev 12-21-12)  3 of 4

09-57384-pjs    Doc 84    Filed 09/29/13    Entered 09/29/13 14:15:55    Page 6 of 7

Mortgage One Corporation, a Missouri
corporation doing business as HFC Mortgage
Corporation



RESTRICTED - Limited Power of Attorney CML –Buckley Madole, P.C., Existing RE Entities (other than BFI Inc)
Rev 12-21-12)    4 of 4

09-57384-pjs   Doc 84   Filed 09/29/13   Entered 09/29/13 14:15:55   Page 7 of 7